DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
KEIFER, SHIRLEE A

Case No. 06-01171-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $100.00, BEING MONIES WHICH ARE
UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| KEIFER, SHIRLEE A | 1413 SOUTH 15TH AVENUE YAKIMA , WA 98902 | $100.00 |

Dated: October 29, 2010

_Daniel H. Brunner_
DANIEL H. BRUNNER, Chapter 13 Trustee

_Receipt 4875268        11-8-10        $ 100.00_